IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) 12 CR 784-1 |
| | ) Judge Pallmeyer |
| | ) |
| RUFUS BELL | ) |

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Defendant, Rufus Bell ("Bell"), by and through his attorney, James D. Tunick, hereby moves this Honorable Court for an order terminating the supervised release portion of Bell's sentence early and in support states as follows:

1. Bell was prosecuted in the Eastern District of Wisconsin before Judge Adelamn. He was sentenced to 5 years in the Federal Bureau of Prisons along with 3 years of supervised release for distributing a controlled substance.

2. Brooks served his 5 year sentence and was formerly released from his federal sentence on January 13, 2017, after spending six months in a halfway house.

3. Brooks' probation was subsequently transferred to the Northern District of Illinois, where he has always resided, and the case was assigned to this Honorable Court.

4. Since being on supervised release, Bell has not tested positive for any controlled substance, and he has had no contact with law enforcement, nor has there been any other violations of his supervised release. He currently resides with his family on the South Side of Chicago.

5. Bell has been supervised by United States Probation Officer Lisa Tarquino who has indicated to counsel that Bell has not had any positive drug screens and there have been no violations. As a result, US Probation does not oppose the early termination of supervised release.

6. In light of Bell's compliance with the terms of his supervised release and excellent adjustment to post release life, Bell is requesting, at this time, early termination of his supervised release.

**Wherefore,** Defendant, Rufus Bell, respectfully requests that this Honorable Court enter an order terminating his supervised release term at this time.

Respectfully submitted,

/s James D. Tunick

*James D. Tunick*
*Law Office of James D. Tunick*
*30 N. La Salle St. Suite 2140*
*Chicago, Il 60602  Tel. (312)759-7626 Fax (312)580-1839*